**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7701**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

JAMES JOSEPH OWENS,

            Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilson.  James C. Fox, Senior District Judge.  (8:78-cr-00017-F-1)

Submitted:  January 30, 2009          Decided:  February 24, 2009

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Joseph Owens, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Joseph Owens appeals the district court's orders directing amendment of the presentence report and denying Owens' motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Owens, No. 8:78-cr-00017-F-1 (E.D.N.C. June 26 & Aug. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED